# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ramos, Nelva G. | 2. Court or Organization<br><br>U.S. District Court, Texas | 3. Date of Report<br><br>05/09/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>1133 North Shoreline Blvd.<br>Corpus Christi, Texas 78401 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | State of Texas Judicial Retirement Plan. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 05/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Onyx Engineering--Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ramos, Nelva G.** | 05/09/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Kleberg National Bank | Note on Jim Hogg County property | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank -- Acounts, CD | A | Interest | J | T | | | | | |
| 2. First National Bank -- Accounts | A | Interest | J | T | | | | | |
| 3. Edward Jones Money Market | A | Dividend | J | T | | | | | |
| 4. Franklin Fed Tax - Free Income A | B | Dividend | K | T | | | | | |
| 5. FT Bld Amer Bds 10-20 Yr #11 | B | Interest | K | T | | | | | |
| 6. Texas Municipal Retirement System | A | Interest | J | T | | | | | |
| 7. Texas County & District Retirement System | | None | J | T | | | | | |
| 8. New York Life Insurance Company - Whole Life | | None | K | T | | | | | |
| 9. FIA Card Services NA RASP (Y) | | | | | | | | | |
| 10. Templeton Growth Fund CL A | A | Dividend | J | T | | | | | |
| 11. Templeton Growth Fund CL A | A | Dividend | J | T | | | | | |
| 12. Franklin Moder 9-12 years 529A | A | Dividend | K | T | | | | | |
| 13. Franklin Balanced Fund CL A | A | Dividend | K | T | | | | | |
| 14. Franklin Equity Income Fund CL A | A | Dividend | J | T | | | | | |
| 15. Franklin Flex Cap Growth Fund CL A | A | Dividend | J | T | | | | | |
| 16. Franklin Growth Fund CL A | A | Dividend | K | T | | | | | |
| 17. Franklin Growth Fund CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Franklin Mutual Shares Fund CL A | A | Dividend | J | T | | | | | |
| 19. Franklin Rising Dividends Fund CL A | A | Dividend | J | T | | | | | |
| 20. Franklin Total Return Fund CL A | A | Dividend | J | T | | | | | |
| 21. Franklin U S Government Securities Fund CL A | A | Dividend | J | T | | | | | |
| 22. Mutual Global Discovery Fund CL A | A | Dividend | J | T | | | | | |
| 23. Templeton Global Bond Fund CL A | A | Dividend | J | T | | | | | |
| 24. Templeton Foreign Fund CL A | A | Dividend | J | T | | | | | |
| 25. Templeton Global Smaller Companies Fund CL A | A | Dividend | J | T | | | | | |
| 26. Templeton World Fund CL A | A | Dividend | J | T | | | | | |
| 27. Healthcare Select Spdr (ETF) | C | Dividend | J | T | | | | | |
| 28. Ishare Nasdaq Biotech (ETF) | B | Dividend | J | T | | | | | |
| 29. Sector Spdr Financial ETF (XLF) | A | Dividend | J | T | | | | | |
| 30. Vanguard Consumer Staples (VDC) | B | Dividend | J | T | | | | | |
| 31. Vangaurd Energy ETF (VDE) | C | Dividend | K | T | | | | | |
| 32. Vanguard Industrial ETF (VIS) | B | Dividend | K | T | | | | | |
| 33. Vanguard Information Tech ETF (VGT) | C | Dividend | K | T | | | | | |
| 34. Vanguard Materials ETF (VAW) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Telecomm. Srvces ETF (VOX) | A | Dividend | | | Sold | 4/15/15 | J | | |
| 36. Consumer Discretionary SPDR XLY | B | Dividend | K | T | | | | | |
| 37. First TR Exchange Traded FD Dow Jones Internet Index FDN | A | Dividend | J | T | | | | | |
| 38. First TR ISE Cloud Computing Index SKYY | A | Dividend | J | T | | | | | |
| 39. IShares MSCi CDA ETF | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 40. IShares MSCI Switzerland Capped (EWL) | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 41. IShares MSCI Sweden (EWD) | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 42. IShares MSCI Pacific Ex-Japan (EPP) | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 43. IShares IBOXX S Invt Grade Corp Bd (LQD) | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 44. IShares Tips Bond ETF (TIP) | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 45. IShares 3-7 year Treasury Bond ETF (IEI) | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 46. IShares MBS ETF (MBB) | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 47. IShares Inc Core MSCI Emerging Mkts ETF (IEMG) | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 48. IShares MSCI U K ETF SHS (EWU) | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 49. Market Vectors J.P. Morgan EM Local Currency Bond ETF (EMLC) | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 50. Powershares Global Exchange Traded FD TR (PCY) | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 51. Powershares Preferred Portfolio (PGX) | A | Dividend | J | T | Buy | 04/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR Barclays High Yield Bond ETF (JNK) | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 53. Vanguard Intermediate Term Bond ETF (BIV) | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 54. Vanguard Short Term Bond (BSV) | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 55. Wisdomtree Trust Japan Hedged Equity FD (DXJ) | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 56. Wisdomtree Europe Hedged Equity Fund (HEDJ) | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 57. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ramos, Nelva G. | 05/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 05/09/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nelva G. Ramos**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544